JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-00910-CJC(JCGx)            Date: August 19, 2014

Title: MIN V. BANK OF AMERICA, N.A., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION [filed 7/25/14]**

      Having read and considered the papers presented, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for September 8, 2014 at 1:30 p.m. is hereby vacated and off calendar.

      On June 11, 2014, Defendant PNC Bank, N.A. removed to federal court the action originally filed against it and Defendant Bank of America, N.A., among others, by Plaintiff Theresa Choon Min in Orange County Superior Court. (*See* Dkt. No. 1 ["Notice of Removal"].) PNC Bank removed the case without first obtaining consent from the other defendants. That same day, Defendant Bank of America, N.A. separately removed Ms. Min's action to federal court. *See Min v. Bank of America*, No. SACV 14-00898-CJC-DFM. Bank of America also removed the case without first obtaining consent from the other defendants. Two separate federal cases were thus created. Rather than allow such an untenable situation, the Court *sua sponte* remanded both federal actions to state court, so that the Defendants could communicate with each other, in compliance with removal procedure, and then file a unified action in federal court. (*See id.* (order remanding action); Dkt. No. 6 (same).)

      PNC Bank now moves for reconsideration of the Court's *sua sponte* remand order. (*See* Dkt. No. 8.) Based on the Ninth Circuit's opinion in *Kelton Arms Condominium Ass'n, Inc. v. Homestead Ins. Co.*, which held that the district court may not remand an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-00910-CJC(JCGx)  Date: August 19, 2014
Page 2

---

action *sua sponte* for a non-jurisdictional defect in procedure, *see* 346 F.3d 1190, 1191 (9th Cir. 2003), the motion is **GRANTED** and the case is **REINSTATED**.


rrd

MINUTES FORM 11
CIVIL-GEN                                              Initials of Deputy Clerk MKU

**cc: Orange County Superior Court**